## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **WALLACE SHANE WATTENBARGER,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -vs- | ) | **Case No. 2:24-cv-00041** |
| | ) | |
| | ) | **JURY DEMAND** |
| **CITY OF CROSSVILLE, TENNESSEE,** | ) | |
| | ) | **Judge Waverly D. Crenshaw** |
| | ) | **Magistrate Judge Alistair E. Newbern** |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, Wallace Shane Wattenbarger, by and through his undersigned counsel of record, hereby gives notice pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure of his election to voluntarily dismiss without prejudice all of the individual defendants, Samantha Seay, Ethan Wilson, Tyrel Lorenz, Joshua Mangas and Jonathan O'Neal.

Respectfully submitted,

**CRAIN LAW GROUP, PLLC**

By:
 */s/ Larry L. Crain*
Larry L. Crain, Tenn.Sup. Crt. # 9040
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
Larry@Crainlaw.legal

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of June, 2025, a true and exact copy of the foregoing Stipulation of Voluntary Dismissal was served upon the person(s) listed below via the Court's ECF-Filing system:

Howard Upchurch, Esq.
3173 Main Street
P.O. Box 381
Pikeville, TN 37367

Daniel H. Rader, IV
Randall A. York
P. O. Box 3347
Cookeville, TN 38502
Phone: (931) 526-3311
Fax: (931) 526-3092
danny@moorerader.com
randyyork@moorerader.com

Attorneys for City of Crossville, Tennessee,
Samantha Seay, Ethan Wilson, Tyrel
Lorenz, Joshua Mangas and Jonathan
O'Neal

*/s/ Larry L. Crain*
Larry L. Crain